# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 1:10cr341-1 |
| | ) | 1:10cr341-2 |
| RUBEN D. MCLAIN | ) | |
| MICHELLE JUDGE MCLAIN | ) | |

## ORDER TO CONTINUE

This matter is before the Court upon Defendants' joint motion to continue the sentencing hearing which is scheduled for May 6, 2011, and for good cause shown,

**IT IS HEREBY ORDERED** that the defendants' sentencing hearing is continued until a later date to be determined by the Clerk's office for the Middle District of North Carolina.

This, the 5th day of May, 2011.

_____
United States District Judge